UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

IN THE MATTER OF THE SEARCH OF:                    20-MJ-09
One 2002 Chevrolet Silverado pickup truck,
green in color, bearing SD license plate W2122,
and registered to Keisha Hays,
VIN number 2GCEK19T621291159

---

The United States hereby moves this Court for an order permanently sealing this case as the suspects initially identified have been determined to have not been involved and will no longer be a part of this investigation or any potential indictments.

Dated this 21st day of January, 2020.

RONALD A. PARSONS, JR.
United States Attorney

SARAH B. COLLINS
Senior Litigation Counsel
United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
E-Mail: Sarah.B.Collins@usdoj.gov